## AZTEC OIL CO v. DAGUE et al.

No. 17325—Opinion Filed June 15, 1926.

Appeal from Court of Common Pleas, Tulsa County; Saul A. Yeager, Judge.

Action between the Aztec Oil Company and A. B. C. Dague et al. From the judgment, the former appeals. Dismissed.

West, Gibson, Sherman, Davidson & Hull, for plaintiff in error.

Lashley & Rambo and Poe & Lundy, for defendants in error.

PER CURIAM. This is a companion case to No. 17324, Aztec Oil Co. v. A. B. C. Dague, this day decided, 121 Okla. 47, 247 Pac. 398, and involves the same questions. The syllabus and opinion in No. 17324 is adopted herein.

The appeal is dismissed.